MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373
Facsimile:  775.440.2376

*Attorneys for Defendant,*
*Venetian Las Vegas Gaming, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA MESH,<br><br>                    Plaintiff,<br>vs.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, doing business as THE VENETIAN RESORT LAS VEGAS; and VENETIAN LAS VEGAS GAMING, LLC, a Nevada limited liability company, doing business as THE VENETIAN RESORT LAS VEGAS,<br><br>                    Defendants. | Case No.:   2:24-cv-02126-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Venetian Las Vegas Gaming, LLC ("Defendant") and Plaintiff Melissa Mesh ("Plaintiff") hereby requests a short extension of time, up to an including March 4, 2025, for Defendant to file its response to Plaintiff's First Amended Complaint (ECF. No. 6).  The present deadline for Defendant to files its response is February 11, 2025.  This is the parties' first request for an extension of time for Defendant to file its response.

///

///

///

Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, to allow the parties time to explore resolution, and not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a twenty-one day extension of time up to and including March 4, 2025 for Defendant to file its response to Plaintiff's Amended Complaint.

DATED this 11th day of February, 2025.   DATED this 11th day of February, 2025.

LAW OFFICES OF ROBERT P. SPRETNAK   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Robert P. Spretnak/   /s/ Molly M. Rezac

Robert P. Spretnak   Molly M. Rezac
Nevada Bar No. 5135   Nevada Bar No. 7435
8275 S. Eastern Avenue, Suite 200   200 S. Virginia Street, 8th Floor
Las Vegas, Nevada 89123   Reno, NV 89501

*Attorneys for Plaintiff,*   *Attorneys for Defendant,*
*Melissa Mesh*   *Venetian Las Vegas Gaming, LLC*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 2/12/2025

87979637.v1-OGLETREE